UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDACE LEE,

    Plaintiff,

v.

TODD H. MASTER, et al.,

    Defendants.

Case No. 16-cv-03250-MEJ

**ORDER TO SHOW CAUSE**

On July 7, 2016, Defendants City of Redwood City and Carlos G. Bolanos filed a Motion to Dismiss Plaintiff's Complaint, with a noticed hearing date of August 18, 2016.  Dkt. No. 4. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiff Candace Lee to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by August 9, 2016.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 18, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: July 26, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge